# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2644
_____

PATRICIA MARLYNN STILLIONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

March 19, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jacob David Grollman of Grollman Law P.A., Bradenton, for Appellant.

James Uthmeier, Attorney General, and Anne Catherine Conley, Assistant Attorney General, Tallahassee, for Appellee.